# EXHIBIT 1



# CROWLEY | FLECK PLLP
## ATTORNEYS

Invoice Date: July 31, 2015



RE John Talmage Bad Faith Claim
    dba Montana Diamond Aire, Inc. and RJT Properties, LLC
    Claim No.: JY13J0149787

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

**Amount Remitted $** _____

PLEASE REMIT TO: P.O. Box 30441    Billings, MT 59107

Please return this top portion with payment

## PROFESSIONAL SERVICES



Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15  Y15SF004299M



Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441   Billings, MT 59107

Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/16/15 | DCC | Attend telephone conference with opposing counsel regarding upcoming depositions, discovery deadlines, and discovery responses and discuss conference with Mr. Habein. | L330 | A107 | 0.50 | 100.00 |

Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15  Y15SF004299M

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441  Billings, MT 59107    Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|------|------|-------------|-------|------|-------|--------|
| 07/16/15 | PFH | Review correspondence with Ms. Moore to prepare for conference call, review prediscovery disclosures, and attend attorneys' conference call to work out additional discovery issues. | L210 | A104 | 1.10 | 308.00 |
| 07/16/15 | PFH | E-mails with Ms. Moore regarding discovery dispute. | L330 | A107 | 0.20 | 56.00 |
| 07/17/15 | DCC | Outline motion to compel production of the subpoenaed documents reserved as privileged. | L350 | A103 | 0.40 | 80.00 |
| 07/17/15 | DCC | Research waiver of privilege portion of the motion to compel the subpoened documents reserved as privileged. | L350 | A102 | 1.70 | 340.00 |
| 07/17/15 | DCC | Research common interest doctrine portion of the motion to compel the subpoened documents reserved as privileged. | L350 | A102 | 1.90 | 380.00 |
| 07/17/15 | DCC | Research at issue doctrine portion of the motion to compel the subpoened documents reserved as privileged. | L350 | A102 | 1.40 | 280.00 |
| 07/17/15 | PFH | E-mails with Ms. Moore regarding follow-up on discovery, stipulation on dates and extending discovery. | L310 | A106 | 0.30 | 84.00 |
| 07/20/15 | DCC | Draft fact and legal standard sections of the motion to compel compliance with the subpoenas. | L350 | A103 | 0.90 | 180.00 |
| 07/20/15 | DCC | Draft compliance with the court's current order section of the motion to compel compliance with the subpoenas. | L350 | A103 | 0.50 | 100.00 |
| 07/20/15 | DCC | Draft the privilege waiver section of the motion to compel compliance with the subpoenas. | L350 | A103 | 2.40 | 480.00 |

Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15 Y15SF004299M



Page 4
Invoice Date: July 31, 2015

RE John Talmage Bad Faith Claim

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441   Billings, MT 59107

Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/20/15 | DCC | Draft the common interest doctrine section of the motion to compel compliance with the subpoenas. | L350 | A103 | 1.10 | 220.00 |
| 07/20/15 | DCC | Draft the "at issue" doctrine section of the motion to compel compliance with the subpoenas. | L350 | A103 | 0.90 | 180.00 |
| 07/21/15 | DCC | Draft contempt and sanction section and the introduction section of the motion to compel compliance with the subpoenas. | L350 | A103 | 2.00 | 400.00 |
| 07/21/15 | DCC | Revise motion to compel compliance with the subpoenas. | L350 | A103 | 0.60 | 120.00 |
| 07/21/15 | DCC | Draft the actual motion of the motion to compel compliance with the subpoena and the court's order. | L350 | A103 | 0.20 | 40.00 |
| 07/22/15 | DCC | Draft the actual motion of the motion to compel compliance with the subpoena and the court's order. | L350 | A103 | 0.50 | 100.00 |

Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15  Y15SF004299M



# CROWLEY | FLECK PLLP
## ATTORNEYS

Page 5
Invoice Date: July 31, 2015

RE John Talmage Bad Faith Claim

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441  Billings, MT 59107   Please return this top portion with payment

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Phase | Task | Hours | Amount |
|------|------|-------------|-------|------|-------|--------|



Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207



RE John Talmage Bad Faith Claim

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441  Billings, MT 59107          Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|------|------|-------------|-------|------|-------|--------|



Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15  Y15SF004299M



Page 7
Invoice Date: July 31, 2015

RE John Talmage Bad Faith Claim

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441  Billings, MT 59107

Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/28/15 | DCC | Revise motion to compel subpoena production based on the inadequate subpoena response. | L350 | A103 | 2.90 | 580.00 |
| 07/28/15 | DCC | Draft motion to compel discovery responses. | L350 | A103 | 2.50 | 500.00 |
| 07/28/15 | DCC | Research privilege waiver for failing to provide a privilege log in order to draft the motion to compel production of subpoena responses. | L350 | A102 | 0.60 | 120.00 |
| 07/28/15 | DCC | Research the failure to assert privilege in discovery responses in order to draft motion to compel discovery responses. | L350 | A102 | 0.40 | 80.00 |
| 07/29/15 | DCC | Review plaintiffs amended Rule 26 disclosures | L340 | A104 | 0.30 | 60.00 |
| 07/29/15 | DCC | Revise motion to compel subpoena production based on the inadequate subpoena response. | L350 | A103 | 1.00 | 200.00 |
| 07/29/15 | DCC | Revise motion to compel discovery based on the inadequate discovery responses. | L350 | A103 | 0.50 | 100.00 |

Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207



Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441   Billings, MT 59107                              Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/29/15 | DCC | Research the failure to assert privilege in discovery responses pursuant to the federal rules of procedure in order to draft motion to compel discovery responses. | L350 | A102 | 1.30 | 260.00 |
| 07/29/15 | DCC | Review and analyze plaintiffs amended discovery responses. | L320 | A104 | 0.40 | 80.00 |
| 07/29/15 | PFH | Review suggested changes to brief from ▮ and follow up on suggestions. | L350 | A104 | 0.40 | 112.00 |
| 07/30/15 | DCC | Revise motion to compel subpoena production based on the inadequate subpoena response. | L350 | A103 | 1.50 | 300.00 |
| 07/30/15 | DCC | Draft and revise waiver privilege section of the motion to compel discovery based on the inadequate discovery responses. | L350 | A103 | 1.60 | 320.00 |
| 07/30/15 | DCC | Draft and revise undue burden and broadness section of the motion to compel discovery based on the inadequate discovery responses. | L350 | A103 | 1.60 | 320.00 |

Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15  Y15SF004299M


Page 9
Invoice Date: July 31, 2015

RE John Talmage Bad Faith Claim

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441  Billings, MT 59107

Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/30/15 | PFH | Review, revise draft motion to compel. | L250 | A103 | 0.40 | 112.00 |
| 07/31/15 | DCC | Draft and revise implied waiver section on the motion to compel discovery based on the inadequate discovery responses. | L350 | A103 | 2.00 | 400.00 |
| 07/31/15 | DCC | Draft and revise "at issue" section on the motion to compel discovery based on the inadequate discovery responses. | L350 | A103 | 0.50 | 100.00 |
| 07/31/15 | DCC | Research and analyze the implied waiver in order to draft the implied privilege waiver section of the motion to compel discovery based on the inadequate discovery responses. | L350 | A102 | 1.30 | 260.00 |
| 07/31/15 | DCC | Final review and edits of the motion to compel discovery based on the inadequate discovery responses and its associated brief and exhibits. | L350 | A103 | 0.60 | 120.00 |
| 07/31/15 | DCC | Research the failure to assert privilege in discovery responses in order to draft motion to compel discovery responses. | L350 | A102 | 0.80 | 160.00 |
| 07/31/15 | PFH | Review draft motion to compel, exhibits, brief. | L250 | A104 | 0.40 | 112.00 |

Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15  Y15SF004299M



# CROWLEY FLECK PLLP
## ATTORNEYS

RE John Talmage Bad Faith Claim

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441  Billings, MT 59107

Please return this top portion with payment

## PROFESSIONAL SERVICES

| Date | Atty | Description | Phase | Task | Hours | Amount |
|------|------|-------------|-------|------|-------|--------|



| Task Code | Description | Amount |
|-----------|-------------|--------|

Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15 Y15SF004299M


# CROWLEY FLECK PLLP
## ATTORNEYS

Page 11
Invoice Date: July 31, 2015

RE John Talmage Bad Faith Claim

Ace Property & Casualty Insurance Company

One Beaver Valley Road
Wilmington, DE 19803

PLEASE REMIT TO: P.O. Box 30441   Billings, MT 59107                                    Please return this top portion with payment

| | | |
|---|---|---|
| E108 | FedEx/UPS | 315.03 |



Payment in full is due upon receipt of this statement. Interest charges may be assessed on unpaid fees and disbursements delinquent more than 60 days.
Crowley Fleck PLLP • Tax ID No 81-0122795 • www.crowleyfleck.com • 406-255-7207

07/15  Y15SF004289M