IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

DEC 17 2015

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| JOHN TALMAGE, MONTANA DIAMOND AIRE, INC., and RJT PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ACE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CV 14–161–M–DWM <br><br> ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

Dated this 17th day of December, 2015.

Donald W. Molloy, District Judge
United States District Court